# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

Civil Action No.: 20-cv-02312

FEEDING OUR FUTURE,

    Plaintiff,

v.

MINNESOTA DEPARTMENT OF EDUCATION

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel hereby give notice that the above-styled action is voluntarily dismissed, without prejudice, against the Defendant pursuant to the parties' agreement to pursue the matter in state court.

Dated: November 20, 2020

MARTIN HILD, PA

*sl Rhyddid Watkins*
Ll. Rhyddid Watkins, Atty. No. 0390514
*LRW@MartinHild.com*
14231 E. 4th Ave, Suite 380
Aurora, CO 80011
Telephone: (407) 660-4488

**ATTORNEYS FEEDING OUR FUTURE**